

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00053-CV

IN RE JOHN AUSTIN BASHAM, DARLIA                                        RELATORS
LEE HOBBS, AND TEXANS FOR
GOVERNMENT TRANSPARENCY

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of injunction and motion for emergency relief and is of the opinion that relief should be denied.[2] Accordingly, relators' petition for writ of injuntion and motion for emergency relief are denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]We cannot take affirmative acts beyond that necessary for enforcement of this court's jurisdiction. *See In re Williams*, No. 02-13-00087-CV, 2013 WL 1437253, at *2–3 (Tex. App.–Fort Worth Apr. 8, 2013, orig. proceeding) (mem. op.).

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

DELIVERED:  February 27, 2014